[No. 47675-1-I.   Division One.   January 18, 2005.]

JAMES K. BUTZBERGER, *as Personal Representative*, ET AL., *Respondents*, v. FRANK FOSTER, ET AL., *Defendants*, T.H.E. INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-27383-6, Harriett M. Cody, J., entered October 18, 2000. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Agid and Appelwick, JJ.

[No. 51521-7-I.   Division One.   January 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM WEBB DEZEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04910-7, Laura Gene Middaugh, J., entered December 13, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Schindler, J.

[No. 51539-0-I.   Division One.   January 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MANSOUR HEIDARI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10919-3, Robert H. Alsdorf, J., entered December 11, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid and Schindler, JJ.

[No. 51901-8-I.   Division One.   January 18, 2005.]

BARBARA M. HOUSER, *Appellant*, v. THE DIAMOND CORPORATION, ET AL., *Defendants*, ASSOCIATES HOUSING FINANCE, L.L.C., *Respondent*.

ASSOCIATES HOUSING FINANCE, L.L.C., *Respondent*, v. BARBARA HOUSER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-08244-4, Ronald Kessler, J., entered January 24, 2003. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Grosse and Baker, JJ.